UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA LIBRERA<br>12433 Grey Twig Drive<br>Fort Worth, Texas 76244<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA<br><br>SERVE:    Jessie K Liu<br>               United States Attorney for the<br>               District of Columbia<br>               United States Attorney's Office<br>               555 4th Street, NW<br>               Washington, DC 20530<br><br>   -and-<br><br>               Hon. Jeffrey Sessions<br>               Attorney General of the<br>               United States<br>               Department of Justice<br>               950 Pennsylvania Ave. N.W.<br>               Washington, DC 20530<br><br>      Defendant. | Case No. 1:18-cv-01106 |

## COMPLAINT

COMES NOW Plaintiff, Joshua Librera ("Plaintiff") by and through his attorney, and make this Complaint against Defendant The United States of America, and for his cause of action states as follows:

## TIMING

1. On June 25, 2015, within two years of the date of the actions giving rise to this cause of action, Plaintiff filed with Defendant The United States of America, Claims for Injury Standard Form 95 ("SF-95"), specifically alleging the facts contained herein.

2. The SF-95 was received and acknowledged by Defendant The United States of America on July 23, 2015.

3. This Complaint is filed at least six months after Plaintiff filed the SF-95 with Defendant The United States of America.

4. This suit is, therefore, timely filed pursuant to 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675(a).

## JURISDICTION

5. This Court has jurisdiction pursuant to 28 U.S.C. § 2674, the Federal Tort Claims Act and 28 U.S.C. § 1346(b)(1).

## VENUE

6. Venue before this Court is proper under 28 U.S.C. § 1402(b) as this case arises out of conduct which occurred in the District of Columbia.

## THE PARTIES

7. Plaintiff is an individual who suffers from permanent injuries.

8. At all relevant times, Defendant The United States of America, by and through its agents and/or employees (the US Department of Labor), owned, inspected and/or maintained exclusive possession and control over the "grate" that injured the Plaintiff, and the premises where that injury took place.

## BACKGROUND

9. Plaintiff currently resides at the above-referenced address.

10. On June 13, 2015, the Plaintiff was walking across a grate, which was owned, inspected and maintained by Defendant The United States of America.

11. The grate gave way and the Plaintiff fell approximately 29 feet severely injuring himself.

12. The grate is located on the grounds of the Department of Labor at 200 Constitution Avenue, N.W., Washington, D.C.

13. The Plaintiff's injuries include but are not limited to: a broken right humerus, a fractured right elbow, two broken bones in his right foot, and several torn ligaments in his left knee; Plaintiff has not worked since June 13, 2015; medical bills; emotional distress; scaring and disfigurement.

14. Plaintiff's fall was due to violations and negligence of Defendant The United States of America, including, but not limited to: failure to exercise ordinary care under the circumstances to keep/maintain the grate in a reasonably safe condition for its intended use; b) failure to perform reasonable inspections necessary to reasonably and timely detect and repair/cure dangerous conditions of the grate;  c) failure to perform reasonable maintenance necessary to reasonably and timely detect and repair/cure dangerous conditions of the grate; and d) failure to warn of dangerous conditions of the grate which were known or should have been known of through reasonable inspection. Alternatively, claimant contends that Defendant The United States of America created the defects which caused Plaintiff's fall. In violation of these duties, Defendant The United States of America proximately caused the accident and injuries as set forth herein without any contributory negligence on the Plaintiff's part.

15. As a direct and proximate result of the above-described accident, Plaintiff suffered, and will continue to suffer physical pain, emotional distress, scarring and disfigurement, past lost wages, future lost wages and diminished earning capacity.

16. As a direct and proximate result of the above-described accident, Plaintiff has incurred, and will continue to incur, medical bills, therapeutic bills and related expenses.

### Count I: Negligence of Defendant The United State of America

17. Plaintiff restates and realleges by reference each and every allegation set forth above as if fully set forth herein.

18. At all relevant times, Defendant The United States of America, and its agents and/or employees (the U.S. Department of Labor), had a duty to exercise reasonable care to keep the grate in a reasonably good condition for its intended purpose. At all times relevant, it was foreseeable to Defendant The United States of America that pedestrian traffic would traverse the grate.

19. In violation of its duty, Defendant The United States of America, by and through its agents and/or employees (the U.S. Department of Labor), despite notice actual and/or constructive of the dangerous conditions of the grate and despite time to warn, cure or repair the dangerous conditions of the grate failed to: exercise ordinary care under the circumstances to keep/maintain the grate in a reasonably safe condition for its intended use; b) perform reasonable inspections necessary to reasonably and timely detect and repair/cure dangerous conditions of the grate; c) perform reasonable maintenance necessary to reasonably and timely detect and repair/cure dangerous conditions of the grate; and d) failed to warn of dangerous conditions of the grate which were known or should have been known of through reasonable inspection. Alternatively, Plaintiff contends that Defendant The United States of America created the defects which caused Plaintiff's fall. In violation of these duties, Defendant The United States of America proximately caused the accident and injuries as set forth herein without any contributory

negligence on the Plaintiff's part.

20. Defendant The United States of America's negligence proximately caused Plaintiff to suffer a broken right humerus, a fractured right elbow, two broken bones in his right foot, and several torn ligaments in his left knee; Plaintiff has not worked since June 13, 2015; medical bills; emotional distress; scaring and disfigurement

21. Defendant The United States of America's negligence proximately caused Plaintiff to incur medical bills, therapeutic bills, and related expenses.

22. The injuries sustained by Plaintiff were caused solely and proximately by the negligence of Defendant The United States of America, without any contributory negligence on the part of Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant The United States of America, in the amount of ten million dollars ($10,000,000.00), together with interest and costs, and such other relief as this Court finds just and proper.

Dated:  May 10, 2018                              RESPECTFULLY SUBMITTED,

/s/ Kim Brooks-Rodney

_____
Kim Brooks-Rodney
COHEN & COHEN, P.C.
1220 19th Street, NW
Suite 500
Washington, DC 20036
P: (202) 955-4529
F: (202) 955-3142
kbr@CohenandCohen.net
Attorney for Plaintiff Bar # 17156